IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GREG MOODY**                                                                                                  **PLAINTIFF**

**v.**                                      **3:09CV00066-WRW**

**FIREMAN'S FUND INSURANCE COMPANY and**
**CNH CAPITAL AMERICA LLC**                                                         **DEFENDANTS**

## ORDER

Pending is the Motion to Quash Subpoena of CNH Capital America LLC (Doc. No. 43). The parties hereto have reached an agreement concerning the Motion and do not object to the Subpoena being quashed.

Defendant CNH Capital America LLC's Motion to Quash Subpoena is hereby GRANTED and the Subpoena issued by Fireman's Fund Insurance Company is hereby quashed *nunc pro tunc*.

IT IS SO ORDERED this 3rd day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**
/s/ Casey P. Castleberry
Casey P. Castleberry
Murphy, Thompson, Arnold, Skinner & Castleberry
Post Office Box 2595
Batesville, AR 72503-2595
870-793-3821 Telephone
caseycastleberry2003@yahoo.com

/s/ Harry S. Hurst, Jr.
Harry S. Hurst , Jr.
Wilcox Parker Hurst Lancaster & Lacy
Post Office Box 1733
Jonesboro, AR 72403-1733
870-931-3101 Telephone
hhurst@wphll.com

/s/ John B. Buzbee
John B. Buzbee (Ark. Bar. 08045)
NIXON & LIGHT
320 Executive Court, Suite 304
Little Rock, Arkansas 72205
501.376.3600 Telephone
john@nixonandlight.com